

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PRINCETON CAPITAL CORPORATION, | § | No. 08-24-00046-CV |
| Appellant, | § | Appeal from the |
| v. | § | 131st Judicial District Court |
| KEITH W. SMITH and PARKVIEW CAPITAL CREDIT INC., | § | of Bexar County, Texas |
| | § | (TC#2021CI02979) |
| Appellees. | | |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* TEX. R. APP. P. 42.3.

On March 12, 2024, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee and notifying Appellant that its notice of appeal appeared to be untimely. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). The letter notified Appellant that its appeal would be subject to dismissal on or after ten days of the date of the notice unless Appellant (1) tendered the filing fee or evidence that it was excused from paying the required fee; and (2) demonstrated that this Court had jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3 (a)–(c) (authorizing an appellate court to dismiss an appeal when the court lacks jurisdiction, where an appellant fails to

prosecute the appeal, and where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, which is more than ten days after the date of the notice, Appellant has not responded to this Court's notice on either point. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 43.3(a)–(c).

GINA M. PALAFOX, Justice

March 28, 2024

Before Alley, C.J., Palafox and Soto, JJ.